# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **RODNEY V. BOWENS, et al.,** | } |
| **Plaintiffs,** | } |
| v. | }  Case No.:  7:15-CV-00259-RDP |
| **MERCEDES-BENZ U.S. INTERNATIONAL, INC.,** | } |
| **Defendant.** | } |

## ORDER

The court conducted a status conference in this action on June 1, 2017. As a result of matters discussed therein, the court **SEVERS** Plaintiffs' action, which will proceed as three separate cases. Plaintiffs Rodney Bowens, Carl Billingsley, Phil Gentry, Robert Glover, James Echols, Tim Williams, Carlos Smith, Kelvin Dial, and Bobbie Billingsley remain in this action. The Clerk of the Court is **DIRECTED** to sever Plaintiffs Joseph Brooks, Curtis Graves, Michael Grove, Terry Nixon, and Doreen Thorton from this action and commence a separate action involving those Plaintiffs against Defendant Mercedes-Benz U.S. International, Inc. The Clerk of the Court is further **DIRECTED** to sever Plaintiffs Brian Avery, Chris Whitted, Rayfus Grant, Tymecca Lee, and Doris Foster from this action and commence a separate action involving those Plaintiffs against Defendant Mercedes-Benz U.S. International, Inc.

Upon the commencement of the two new actions, the parties are **DIRECTED** to file proposed scheduling deadlines in each of those cases.

**DONE** and **ORDERED** this June 1, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE