FILED
2017 Jul-17  PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH BROOKS, CURTIS GRAVES, MICHAEL GROVE, TERRY NIXON, DOREEN THORNTON, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MERCEDES-BENZ U.S. INTERNATIONAL, INC., | ) ) ) ) |
| Defendant. | ) |

CIVIL ACTION NO: 7:17-cv-00915-RDP

## CONFIDENTIALITY STIPULATION

Plaintiffs and Defendant hereby agree and stipulate that all documents designated as "Confidential" that have been produced in the case of <u>Rodney Bowens, et al., v. Mercedes-Benz U.S. International, Inc.</u>, In the United States District Court for the Northern District of Alabama Western Division, Civil Action No: 2:15-cv-00259-RDP ("Bowens"), on or before June 2, 2017, can be used in this case subject to the same treatment they are afforded under the Protective Order [Doc. 29] in the <u>Bowens</u>' case and will be subject to the Protective Order [Doc. 9] entered in this case.

30061310 v1

| | |
|---|---|
| s/ Gregory O. Wiggins | s/ Michael L. Lucas |
| Gregory O. Wiggins | Michael L. Lucas |
| Kevin W. Jent | Matthew T. Scully |
| Robert F. Childs | BURR & FORMAN LLP |
| WIGGINS CHILDS PANTAZIS    FISHER & GOLDFARB, LLC | 3400 Wells Fargo Tower 420 North 20th Street |
| The Kress Building | Birmingham, Alabama 35203 |
| 301 19th Street North | |
| Birmingham, AL 35203 | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, I electronically filed the foregoing Confidentiality Stipulation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory O. Wiggins
Kevin W. Jent
Robert F. Childs
Wiggins Child Pantazis Fisher
    & Goldfarb
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

s/ Michael L. Lucas
OF COUNSEL