UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JOSEPH BROOKS, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 7:17-cv-00915-RDP |
| **MERCEDES-BENZ U.S. INTERNATIONAL, INC.,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 16), filed May 21, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 21, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.